F. BRUCE EASTON, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Argued March 17, 1936; decided April 15, 1936.)

*John J. Bennett, Jr.,* Attorney-General (*Harry H. Flemming* and *Henry Epstein* of counsel), for appellant.

*Robert B. Craft, Ralph S. Ives* and *Arthur F. Bouton* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.